Judge Robert S. Lasnik

08-CR-00245-M

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE



FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 25 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | NO. CR08-245RSL |
|---|---|
| Plaintiff | |
| v. | ORDER |
| DEVAUGHN DORSEY, | |
| Defendant. | |

This Court having considered the Motion of the United States for a continuance of the time period in which to respond to Defendant's Motion for New Trial, Dkt. No. 520, and good cause having been shown, hereby

ORDERS that the government's response to Defendant's motion shall be filed on or before August 5, 2013. The Clerk of Court is directed to re-note defendant's Motion for New Trial, Dkt. # 520 to August 9, 2013.

DONE this 24th day of June, 2013.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT

[PROPOSED] ORDER - 1
United States v. Dorsey/ No. CR08-245RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970